```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARTIN PEREBAL CHUMIL,                                                 :
                                                                       :
                         Plaintiff,                                    :
                                                                       :           21 Civ. 5085 (JPC)
                -v-                                                    :
                                                                       :              ORDER
OPEN KITCHEN 33, LLC d/b/a OPEN KITCHEN et al.,                        :
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 4, 2022, the Court granted Defendants' unopposed request for extension of time to respond to the Amended Complaint until April 4, 2022. Dkt. 31. After Defendants failed to respond to the Amended Complaint by the April 4 deadline, on April 5, 2022, the Court, *sua sponte*, extended the deadline until April 7, 2022 for Defendants to either respond to the Amended Complaint or to "advise the Court as to whether they seek an extension of the deadline to respond to the Amended Complaint." Dkt. 33. The April 7, 2022 deadline has passed and, once again, Defendants have failed to comply with the Court's Order.

Accordingly, it is hereby ORDERED that, by April 11, 2022, Defendants shall respond to the Amended Complaint or seek an extension of the deadline to respond to the Amended Complaint. The parties are reminded that mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. *See* Dkt. 34.

    SO ORDERED.

Dated: April 8, 2022  
      New York, New York

                                                  JOHN P. CRONAN  
                                                  United States District Judge