```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARTIN PEREBAL CHUMIL,                                                 :
                                                                       :
                               Plaintiff,                              :
                                                                       :    21 Civ. 5085 (JPC)
                -v-                                                    :
                                                                       :    ORDER
OPEN KITCHEN 33, LLC d/b/a OPEN KITCHEN et al.,                        :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 4, 2022, the Court granted Defendants' unopposed request for extension of time to respond to the Amended Complaint until April 4, 2022. Dkt. 31. After Defendants failed to respond to the Amended Complaint by the April 4 deadline, on April 5, 2022, the Court, *sua sponte*, extended the deadline until April 7, 2022 for Defendants to either respond to the Amended Complaint or to "advise the Court as to whether they seek an extension of the deadline to respond to the Amended Complaint." Dkt. 33. After Defendants failed to respond to the Amended Complaint by the April 7 deadline, the Court once again extended the deadline for Defendants' Answer until April 11, 2022. Dkt. 35. Defendants, however, have once again failed to comply with the Court's order.

Accordingly, it is hereby ORDERED that, by April 14, 2022, the parties shall file a joint letter advising the Court as to the status of Defendants' Answer to the Amended Complaint and whether the parties request an extension of the deadline for the filing of Defendants' Answer.

SO ORDERED.

Dated: April 12, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge