```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARTIN PEREBAL CHUMIL,                                                 :
                                                                       :
                              Plaintiff,                               :
                                                                       :    21 Civ. 5085 (JPC)
              -v-                                                      :
                                                                       :        ORDER
OPEN KITCHEN 33, LLC d/b/a OPEN KITCHEN et al.,                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 30, 2022, Plaintiff filed a letter advising the Court that counsel "has not been able to communicate with [Plaintiff] in recent weeks" and requesting "a 30-day stay and/or extension on all deadlines in this matter, including the mediation deadline and Defendants' time to Answer the Complaint," so that counsel may attempt to "reestablish contact with [Plaintiff] and reschedule the mediation." Dkt. 41 at 1. In the event counsel is unable to communicate with Plaintiff by July 29, 2021, counsel advised that Plaintiff "may file a notice of discontinuance without prejudice of this matter due to [counsel's] inability to litigate or mediate in the absence of [Plaintiff]." *Id.* Plaintiff's letter also advised that "the parties do not appear to agree on all aspects of the relief requested herein." *Id.*

In light of that possible disagreement, on July 1, 2022, the Court directed Defendants to respond to Plaintiff's letter by July 6, 2022. Dkt. 42. The July 6 deadline has passed and the docket does not reflect Defendants' response to Plaintiff's letter. Accordingly, it is hereby ORDERED that Plaintiff's request for a 30-day extension of all deadlines in this matter, including the mediation deadline and Defendants' time to Answer the Complaint, is granted. It is further ORDERED that Plaintiff file a letter by August 1, 2022, advising the Court as to the status of this case, including

whether counsel has been able to communicate with Plaintiff and, if not, whether Plaintiff intends to dismiss this action without prejudice.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge